IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW J WARD | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | **CIVIL ACTION** |
| | : | **NO.  23-3666** |
| PROGRESSIVE PREFERRED | : | |
| INSURANCE COMPANY, | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW,** this **19th** day of **January, 2024**, upon consideration of the Plaintiff's Motion

to Remand (ECF No. 8) and the Defendant's Response in Opposition to Plaintiff's Motion to

Remand (ECF No. 9), it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

/s/ Kai N. Scott
**HON. KAI N. SCOTT**
**United States District Court Judge**